IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SHEILA RENE BOHANNAN,

        Petitioner,

v.

ATTORNEY GENERAL FOR THE
STATE OF OREGON,

        Respondent.

Case No. 3:11-cv-06122-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition [#18] is GRANTED.

    IT IS SO ORDERED.

    DATED this 26th day of October, 2011.

                             /s/ Anna J. Brown
                             ANNA J. BROWN
                             United States District Judge

1 - ORDER -