IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SHEILA RENE BOHANNAN,

        Petitioner,

v.

ATTORNEY GENERAL FOR THE
STATE OF OREGON,

        Respondent.

Case No. 3:11-cv-061122-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    DATED this 26th day of October, 2011.

                                         /s/ Anna J. Brown
                                         ANNA J. BROWN
                                         United States District Judge

1 - JUDGMENT -                 F:\Share\Brown-LawClerks\11-6122bohannan1025judgment.wpd