IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

SHEILA RENE BOHANNAN,

        Petitioner,

v.

ATTORNEY GENERAL FOR THE
STATE OF OREGON,

        Respondent.

Case No. 3:11-cv-061122-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed.

    DATED this 26th day of October, 2011.

                                  ANNA J. BROWN
                                  United States District Judge

1 - JUDGMENT -              F:\Share\Brown-LawClerks\11-6122bohannan1025judgment.wpd